UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNHONEY LLC,

Plaintiffs,

-against-

LIZIACHE, QUYI CLOTHING ONLINE STORE, XIANHUAXUE, MIEMIEE, and SWEATYROCKS,

Defendants.

Case No. 1:26-cv-06162 (JLR)

**TRO ORDER**

JENNIFER L. ROCHON, United States District Judge:

On July 28, 2026, the Court held a virtual hearing to discuss Plaintiff's application for a temporary restraining order. Dkts. 11-14. As discussed on the record, Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order is DENIED without prejudice.

The Clerk of Court is respectfully directed to close the motion at Dkt. 11.

Dated: July 28, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge