**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

**CASE NO.: 1:26-CV-06162-JLR**

SUNHONEY LLC,

Plaintiff,

v.

Llziache, et al.,

Defendants.

**[~~proposed~~] ORDER OF DISMISSAL OF DEFENDANT SWEATYROCKS WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [16], filed on July 28, 2026, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **without prejudice** as against the following Defendant: SweatyRocks.

**DONE AND ORDERED** in Chambers at New York, New York, this _28_ day of __July____, 2026.

Jennifer Rochon
HONORABLE JENNIFER L ROCHON
UNITED STATES DISTRICT JUDGE