UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNHONEY LLC,

Plaintiff,

-against-

LIZIACHE, QUYI CLOTHING ONLINE STORE, XIANHUAXUE, MIEMIEE, and SWEATYROCKS,

Defendants.

Case No. 1:26-cv-06162 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court will hold a video conference to discuss Plaintiff's application for a temporary restraining order, *see* Dkts. 20-23, on **August 13, 2026**, at **11:00 a.m.** via Microsoft Teams. A teams link will be sent to Plaintiff's counsel of record prior to the conference. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone conference ID: 581 781 957#.

Dated: August 11, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge