**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUNHONEY LLC,<br><br>Plaintiff,<br><br>v.<br><br>LIZIACHE, *et. al.*,<br><br>Defendants. | CASE NO.: 1:26-cv-06162 |

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND AMEDNED *EX PARTE* TEMPORARY RESTRAINING ORDER AND ASSET FREEZE ORDER AS TO DEFENDANTS LIZIACHE AND MIEMIEE**

THIS CAUSE, comes before the Court on Plaintiff's Motion to Extend Amended *Ex Parte* Temporary Restraining Order and Asset Freeze Order (the "Motion") pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure. Plaintiff has demonstrated good cause to grant the Motion because Amazon.com and payment processors have not complied with the terms of the previously issued TRO by removing the infringing listings, freezing the relevant financial accounts, and providing Plaintiff with Defendants Liziache and Miemiee's ("TRO Defendants") email addresses so that Plaintiff can serve them with process and the TRO. The Court understands that the third-party marketplace and payment processors are working on complying with the TRO, after which Plaintiff will notify the TRO Defendants of the TRO and serve them with process.

The Court finds that Plaintiff has demonstrated good cause for an extension of the TRO for an additional fourteen (14) days up to and including September 10, 2026.

The remote video hearing previously scheduled for August 27, 2026, at 3:00 p.m., is ADJOURNED to **September 10, 2026, at 3:00 p.m.**, at which time TRO Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested Preliminary Injunction. Counsel will receive log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 518 756 763#.

Any response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel by **September 2, 2026**.

Plaintiff shall file any reply to memorandum on or before **September 7, 2026**.

The above dates may be revised upon stipulation by all parties and approval of this Court.

**SO ORDERED** this _25__ day of ___August__, 2026.

Jennifer Rochon

**HONORABLE JENNIFER L ROCHON**
**UNITED STATES DISTRICT JUDGE**