UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNHONEY LLC,

Plaintiff,

-against-

LIZIACHE, QUYI CLOTHING ONLINE STORE, XIANHUAXUE, and MIEMIEE,

Defendants.

Case No. 1:26-cv-06162 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed during today's conference, on consent of the parties, the previously issued TRO is extended until the preliminary injunction hearing is held.

A remote video hearing will be held on **October 8, 2026**, at **3:00 p.m.**, at which time the TRO Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction. Counsel will receive log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 131 798 267#.

Any response or opposition to Plaintiff's motion for a preliminary injunction must be filed by **September 24, 2026**. Plaintiff shall file any reply on or before **October 1, 2026**.

Dated: September 10, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge