**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUNHONEY LLC,<br><br>Plaintiff,<br>v.<br><br>LIZIACHE, *et al.*,<br><br>Defendants. | ~~[PROPOSED]~~ **JUDGMENT**<br><br>CASE NO.: 1:26-CV-06162 |

WHEREAS Defendant MieMee, by its counsel, Ford Banister LLC, offered, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, to allow judgment to be taken against them, jointly and severally, in favor of Plaintiff SUNHONEY LLC in the total sum of $10,000.00, inclusive of attorneys' fees and costs, by Offer of Judgment dated September 30, 2026 (the "Offer of Judgment"), a copy of which is annexed as Exhibit A; and

WHEREAS Plaintiff, through SRIPLAW, P.A., on October 13, 2026 served a notice of acceptance of the Offer of Judgment pursuant to Rule 68(a); it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff SUNHONEY LLC and against Defendant MieMee, jointly and severally, in the sum of Ten Thousand Dollars ($10,000.00) in full and final resolution of all of Plaintiff's claims for relief, including, without limitation, claims for damages, statutory damages, interest, costs, fees, attorneys' fees and costs, and all other sums or expenses arising out of or otherwise related to the allegations in this action; and it is further

ORDERED, ADJUDGED, AND DECREED that a permanent injunction pursuant to 15 U.S.C. § 1116, 17 U.S.C. §§ 501 and § 1202, and Federal Rule of Civil Procedure 65, is entered enjoining Defendant, its agents, representatives, servants, employees, and all those acting in concert or participation therewith, from manufacturing or causing to be manufactured,

importing, advertising or promoting, distributing, selling or offering to sell counterfeit goods; from infringing, counterfeiting, or diluting the SUNHONEY Mark; from using the SUNHONEY Mark, or any mark or design similar thereto, in connection with the sale of any unauthorized goods; from using any logo, trade name, trademark, or design that may be calculated to falsely advertise the services or goods of Defendant as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff; from falsely representing itself as being connected with Plaintiff, through sponsorship or association, or engaging in any act that is likely to falsely cause members of the trade and/or of the purchasing public to believe that any goods or services of Defendant are in any way endorsed by, approved by, and/or associated with Plaintiff; from using any reproduction, counterfeit, infringement, copy, or colorable imitation of the SUNHONEY Mark in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendant; from affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Defendant's goods as being those of Plaintiff, or in any way endorsed by Plaintiff, and from offering such goods in commerce; from engaging in search engine optimization strategies using colorable imitations of Plaintiff's name or trademark and from otherwise unfairly competing with Plaintiff; and from copying, displaying, distributing, or creating derivative works of Plaintiff's Copyrighted Work.

**DONE AND ORDERED** in Chambers at New York, New York, this _15_ day of _October____, 2026.

Jennifer Rochon
HONORABLE JENNIFER L ROCHON
UNITED STATES DISTRICT JUDGE