UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNHONEY LLC,

Plaintiff,

-against-

LIZIACHE,

Defendant.

Case No. 1:26-cv-06162 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Defendant Liziache's motion to dismiss, Dkt. 59, and motion to stay the initial pre-trial conference, Dkt. 63. The initial pre-trial conference previously scheduled for November 24, 2026 is ADJOURNED. The conference will be rescheduled, if necessary, after the Court decides the pending motion to dismiss.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 63.

Dated: November 23, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge